HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLEN C GRIFFIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOCIETY OF PROFESSIONAL ENGINEERING EMPLOYEES IN AEROSPACE,<br><br>　　　　　Defendant. | CASE NO. C15-1088 RAJ<br><br>ORDER |

　　　The Court has reviewed Plaintiff's motion for reconsideration (Dkt. # 22). Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence. The sole basis for reconsideration is Plaintiff's repeated and conclusory argument that she has presented sufficient evidence to prove her claims. The Court has already ruled on this argument, and Plaintiff fails to present a single new legal argument or piece of new evidence that

ORDER- 1

1  she could not have offered prior to this motion.  Plaintiff's motion for reconsideration is
2  therefore DENIED.  Dkt. # 22.

4      Dated this 24th day of February, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2